IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAUL PARSHALL,

                Plaintiff,

v.

ANCHOR BANCORP WISCONSIN, INC.,           ORDER
DAVID L. OMACHINSKI, CHRIS M. BAUER,
RICHARD A. BERGSTROM,                   16-cv-120-jdp
HOLLY CREMER BERKENSTADT,
BRADLEY E. COOPER, MARTIN S. FRIEDMAN,
PAT RICHTER, and OLD NATIONAL BANCORP,

                Defendants.

---

Plaintiff Paul Parshall initiated this class action on February 25, 2016, challenging the proposed acquisition of Anchor BanCorp Wisconsin, Inc. by Old National Bancorp. Dkt. 1. On August 3, 2016, the parties filed a joint motion for preliminary approval of settlement, notice, and class certification. Dkt. 12. But the parties have since changed course. Plaintiff no longer wishes to proceed with the proposed settlement and would like the court to dismiss his claims as moot. The court has not certified any class, conditional or otherwise.

The court will entertain motions for fees or expenses if they are filed.

Pursuant to the parties' stipulation of dismissal, Dkt. 14, IT IS HEREBY ORDERED THAT:

1. The parties' unopposed motion for preliminary approval of settlement, notice, and class certification, Dkt. 12, is DENIED as moot.

2. Plaintiff Paul Parshall's claims are DISMISSED with prejudice, pursuant to the parties' stipulation of dismissal, Dkt. 14.

3. Dismissal is with prejudice as to plaintiff only and does not bind any class.

4. The clerk of court is directed to close this case.

Entered August 29, 2016.

> BY THE COURT:
>
> /s/
>
> _____
> JAMES D. PETERSON
> District Judge