IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PAUL PARSHALL, On Behalf of Himself and All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 3:16-cv-00120-JDP |
| v. ) ) ) | |
| ANCHOR BANCORP WISCONSIN, INC., DAVID L. OMACHINSKI, CHRIS M. BAUER, RICHARD A. BERGSTROM, HOLLY CREMER BERKENSTADT, BRADLEY E. COOPER, MARTIN S. FRIEDMAN, PAT RICHTER, and OLD NATIONAL BANCORP, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**STIPULATION AND ORDER CLOSING AND
TERMINATING THE ACTION**

WHEREAS, on August 29, 2016, the Court entered an Order dismissing with prejudice the complaint in the above-captioned action and retaining jurisdiction solely for considering any application for an award of attorneys' fees and expenses;

WHEREAS, the parties have reached agreement with respect to payment of attorneys' fees and expenses, in full satisfaction of any claims for the above Plaintiff's attorneys' fees or expenses;

NOW, THEREFORE, there being no further issue for the Court to consider, the Plaintiffs hereby request the Court:

1. To close and terminate the action, with the Court no longer retaining jurisdiction for considering any application for an award of attorneys' fees and expenses, which is now moot.

Dated January 27, 2017

**Attorneys for Plaintiff Paul Parshall**

 /s/ K. Scott Wagner_____
K. Scott Wagner (SBN 1004668)
Anne M. Plichta (SBN 1046849)
WAGNER LAW GROUP, S.C.
839 N. Jefferson Street, Suite 400
Milwaukee, WI  53202
(414) 278-7000 (telephone)

Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
RIGRODSKY & LONG, P.A.
2 Righter Parkway, Suite 120
Wilmington, DE  19803
(302) 295-5310 (telephone)

Richard A. Maniskas
RYAN & MANISKAS, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
(484) 588-5516 (telephone)

**Attorneys for Anchor Bancorp and the Anchor Bancorp Directors**

 /s/ Nathan D. Imfeld_____
Bryan B. House (SBN 1022054)
Nathan Imfeld (SBN 1092932)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202
(414) 297-5554 (BBH)
(414) 319-7174 (NI)

Paul J. Lockwood
Joseph O. Larkin
Alyssa S. O'Connell
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
920 King Street
Wilmington, DE 19801
(302) 651-3000 (telephone)

2

**Attorneys for Old National Bancorp**

_/s/ Dean P. Laing_____
Dean P. Laing
O'NEIL, CANNON, HOLLMAN, DEJONG
& LAING, S.C.
111 East Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
(414) 276-5000 (telephone)

Mark J.R. Merkle
KRIEG DEVAULT LLP
12800 North Meridian Street, Suite 300
Carmel, IN 46032
(317) 238-6219 (telephone)

IT IS SO ORDERED this _____ day of _____, 2017.

_____

HON. JAMES D. PETERSON

UNITED STATES DISTRICT COURT JUDGE